CARPENTER v. WARFIELD. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Nathaniel L. Carpenter against Carlos Warfield. No opinion. Motion granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1102.

CARPENTER MOTOR VEHICLE CO., Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1915.) Action by the Carpenter Motor Vehicle Company against Raymond W. Marshall.

PER CURIAM. Appeal dismissed, with $10 costs and disbursements. Until defendant's default in failing to obey the order for his examination shall be opened, defendant cannot review such an order, in which by his own default he is deemed to have acquiesced. Flake v. Van Wagenen, 54 N. Y. 25; Jones Lumber Co. v. Fulton, 123 App. Div. 386, 107 N. Y. Supp. 942. Neither may defendant appeal from the later order modifying the default order, since it was an application to the discretion of the court below, over which this court has no control. Place v. Hayward, 100 N. Y. 626, 3 N. E. 199; Matter of National Gramophone Corp., 82 App. Div. 593, 596, 81 N. Y. Supp. 853. See, also, 151 N. Y. Supp. 1108.

CARPLES v. JOHN DEERE WAGON CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by James M. Carples against the John Deere Wagon Company. No opinion. Motion denied, without costs. Order filed. See, also, 152 N. Y. Supp. 434.

CARTER v. CARTER. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Katherine D. Carter against James E. Carter. No opinion. Motion to dismiss appeal granted, with $10 costs.

In re CAULFIELD et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the application of John A. Caulfield and another for the removal of John Oscar Ball as testamentary trustee, etc., of Mary Caulfield, deceased. No opinion. Motion to dismiss appeal denied, without costs, and without prejudice to a renewal of this application if the appeal to the Court of Appeals in the matter of the accounting proceedings of John Oscar Ball is not diligently prosecuted. See, also, 161 App. Div. 937, 145 N. Y. Supp. 1116.

CAVANAGH, Respondent, v. McGOVERN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Bartholomew A. Cavanagh against Patrick McGovern and another. H. S. Hertwig, of New York City, for appellants. J. I. Cuff, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

CEHIO, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) In the matter of proceedings supplementary to execution in an action by Angelo Cehio against Max A. Fischer and others. No opinion. Order affirmed, with $10 costs and disbursements.

CHALMERS et al., Appellants, v. NATIONAL CASH REGISTER CO., Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Eliza J. Chalmers and another against the National Cash Register Company. T. H. Lord, of New York City, for appellants. G. C. Fox, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 152 N. Y. Supp. 1103.

CHALMERS et al. v. NATIONAL CASH REGISTER CO. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Eliza J. Chalmers and others against the National Cash Register Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1103.

CHASEN, Appellant, v. ASTORIA LIGHT, HEAT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Max Chasen against the Astoria Light, Heat & Power Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 161 App. Div. 942, 958, 147 N. Y. Supp. 1103.

JENKS, P. J., not voting.

CICK, Respondent, v. WALSH-KAHL CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Josephine Cick, as administratrix, etc., against the Walsh-Kahl Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

CIMIHUD, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Steven Cimihud against Grant Smith and others. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 152 N. Y. Supp. 1103.

CIMIHUD, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Steven Cimihud against Grant Smith and others. No opinion. Order unanimously affirmed, with costs. See, also, 152 N. Y. Supp. 1103.

CINQUE v. L'ARALDO ITALIANO PUB. CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Antonio Cinque against L'Araldo Italiano Publishing Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.